UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MORAN,

                            Plaintiffs,

      -against-

ASHLEY DISTRIBUTION SERVICE LTD.,

                            Defendants.

----------------------------------------------------------------X

7:22-CV-4982 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **June 22, 2023**, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:     White Plains, New York
                June 15, 2023

                                                        _____
                                                            VICTORIA REZNIK
                                                            United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2023